**John A. Bennett**, OSB #750407
E-mail:  john.bennett@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendants Liberty Mutual
Insurance Co. and Safeco Insurance Company of
America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WINDSOR WINDOW COMPANY and WOODGRAIN MILLWORK, INC., | Civil No.: _____ |
| Plaintiffs, | **NOTICE OF REMOVAL** |
| v. | |
| ALEA NORTH AMERICAN INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, COLUMBIA CASUALTY COMPANY, HARTFORD FIRE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA., SAFECO INSURANCE COMPANY OF AMERICA, STARR INDEMNITY AND LIABILITY COMPANY, TECHNOLOGY INSURANCE COMPANY, INC., WESCO INSURANCE COMPANY, AND ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendants. | |

TO:            Clerk of the Court,
AND TO:    Windsor Window Company and Woodgrain Millwork, Inc.
AND TO:    Michael Farnell and Paul Mockford, Parsons Farnell & Grein, LLP, Attorneys
               for Plaintiff

PLEASE TAKE NOTICE that under 28 U.S.C. §§ 1332, 1441, and 1446, Defendant

Liberty Mutual Insurance Company and Defendant Safeco Insurance Company of America

(collectively "Liberty") remove to this Court the state court action described below.  In

support of this Notice of Removal, Liberty states as follows:

1.        On December 15, 2016, Plaintiffs Windsor Window Company and Woodgrain

Millwork, Inc. ("Plaintiffs") filed an action in the Circuit Court of the state of Oregon for the

County of Multnomah captioned *Windsor Window Company and Woodgrain Millwork, Inc.*

*v. Alea North American Insurance Company et al.*, Case No. 16CV41455 (the "State Court

Action").

2.        Liberty was served with the Summons and Complaint in the State Court

Action on December 19, 2016.  This removal petition is timely, in that it is being filed within

30 days of service of the Summons and Complaint.

3.        The following pleadings constitute all of the process, pleadings, and orders

received by Liberty in this action to date: the Summons and Complaint, true copies of which

are attached as Exhibit A.

4.        The State Court Action is a civil action for declaratory relief and damages.

**A.    This Court has removal jurisdiction based upon complete diversity of the parties
        and the requisite amount in controversy.**

5.        The State Court Action may be removed to this Court pursuant to 28 U.S.C. §

1441 because this Court has original jurisdiction under 28 U.S.C. § 1332 based upon the

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

NOTICE OF REMOVAL
Page 2

complete diversity between the parties.

6.      The controversy between plaintiffs and defendants is a controversy between citizens of different states.

7.      Plaintiff Woodgrain Millwork, Inc. is an Oregon corporation and its principal place of business is in Idaho.

8.      Plaintiff Windsor Window Company is an Idaho corporation and its principal place of business is in Iowa.

9.      Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") is a Pennsylvania corporation and its principal place of business is New York.

10.      Defendant ALEA North American Insurance Company ("ALEA") is a New York corporation and its principal place of business is Connecticut.

11.      Defendant Arch Specialty Insurance Company ("Arch") is a Missouri corporation and its principal place of business is New Jersey.

12.      Defendant Columbia Casualty Company ("Columbia") is an Illinois corporation and its principal place of business is Illinois.

13.      Defendant Hartford Fire Insurance Company ("Hartford") is a Connecticut corporation and its principal place of business is Connecticut.

14.      Defendant Liberty Mutual Insurance Company is a Massachusetts corporation and its principal place of business is Massachusetts.

15.      Defendant Safeco Insurance Company of America is a New Hampshire corporation and its principal place of business is Massachusetts.

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF REMOVAL**
**Page 3**

16.     Defendant Starr Indemnity & Liability Company ("Starr") is a Texas corporation and its principal place of business is New York.

17.     Defendant Technology Insurance Company ("TIC") is a New Hampshire corporation and its principal place of business is Ohio.

18.     Defendant Wesco Insurance Company ("Wesco") is a Delaware corporation and its principal place of business is New Jersey.

19.     Defendant Zurich American Insurance Company ("Zurich") is a New York corporation and its principal place of business is Illinois.

20.     Plaintiffs' Complaint seeks damages in the amount of $618,924.36.  As required by 28 U.S.C. § 1332, the amount in controversy, excluding costs and interest, is in excess of $75,000.

21.     In addition to money damages in the amount of $618,924.36, Plaintiffs seek declaratory relief regarding the parties' respective rights and obligations under insurance policies issued to Plaintiffs. This Court has authority under 28 U.S.C. §§ 2201-2202 to declare the rights and legal relations of parties that seek declaratory relief within diversity jurisdiction of the Court.

**B.     The other defendants consent to removal of this action to federal court.**

22.     All co-defendants consent to this removal.  Defendants' National Union Fire Insurance Company of Pittsburgh, PA, ALEA North American Insurance Company, Arch Specialty Insurance Company, Columbia Casualty Company, Hartford Fire Insurance Company, Starr Indemnity & Liability Company, Technology Insurance Company, Wesco Insurance Company, and Zurich American Insurance Company Consent to Removal is being

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF REMOVAL
Page 4**

filed herewith and a copy is attached as Exhibit B.

**C.    Venue.**

23.    Venue is proper in the United States District Court for the District of Oregon because Plaintiffs allege in the Complaint that Defendants conducted regular, sustained business in Multnomah County.  Pursuant to LR 3-2, the Portland Division is the proper division for filing because it is the division embracing the place where the State Action is pending.

**D.    Procedure After Removal.**

24.    In accordance with 28 U.S.C. § 1446(d), Liberty will file in the Multnomah County Circuit Court a Notice to Plaintiff and the State Court Clerk of Removal to U.S. District Court, attached to which will be a copy of this Notice of Removal.

25.    By filing this Notice of Removal, Liberty does not waive, and expressly reserves, all rights, defenses, or objections of any nature that it may have to Plaintiffs' claims.

DATED:  January 17, 2017

BULLIVANT HOUSER BAILEY PC

By   _/s/  John A. Bennett_____
**John A. Bennett**, OSB #750407
Telephone: 503.228.6351

Attorneys for Defendants Liberty Mutual Insurance Co. and Safeco Insurance Company of America

4851-2256-9791.1 00183/00884

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**NOTICE OF REMOVAL
Page 5**