**MICHAEL E. FARNELL,** OSB No. 922966
E-mail Address: mfarnell@pfglaw.com
**PAUL A. MOCKFORD,** OSB No. 105729
E-mail Address: pmockford@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone:   (503) 222-1812
Facsimile:    (503) 274-7979
*Attorneys for Plaintiffs*

**KEITH MCKENNA** (*pro hac vice*)
E-mail Address: kmckenna@mckoolsmith.com
MCKOOL SMITH, PC
One Bryant Park, 47th Floor
New York, New York 10036
Telephone:   (212) 402-9400
Facsimile:    (212) 402-9444
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WINDSOR WINDOW COMPANY and WOODGRAIN MILLWORK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEA NORTH AMERICAN INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, COLUMBIA CASUALTY COMPANY, HARTFORD FIRE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., SAFECO INSURANCE COMPANY OF AMERICA, STARR INDEMNITY AND LIABILITY COMPANY, TECHNOLOGY INSURANCE COMPANY, INC., WESCO INSURANCE COMPANY, and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Case No.  3:17-CV-00070-BR <br><br> [PROPOSED] JUDGMENT OF REMAND |

Page 1 - [PROPOSED] JUDGMENT OF REMAND

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
Telephone (503) 222-1812 FAX: (503) 274-7979

Based on the Court's Order issued February __, 2017, this matter is REMANDED to the Circuit Court of the State of Oregon for Multnomah County.

IT IS SO ORDERED.

Dated the 17th day of February, 2017.

_____
Honorable Anna J. Brown
United States District Judge


RESPECTFULLY SUBMITTED BY:

s/ Paul A. Mockford
Michael E. Farnell, OSB No. 922996
E-mail Address: mfarnell@pfglaw.com
Paul A. Mockford, OSB No. 105729
E-mail Address: pmockford@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone: (503) 222-1812
Facsimile: (503) 274-7979
*Attorneys for Plaintiffs*

Keith McKenna (*pro hac vice*)
E-mail Address: kmckenna@mckoolsmith.com
MCKOOL SMITH, PC
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
*Attorneys for Plaintiffs*

Page 2 – [PROPOSED] JUDGMENT OF REMAND

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
Telephone (503) 222-1812 FAX: (503) 274-7979